UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SEOUL SHOPPING, INC.; HANSFOOD CORP.; HANSFOODS II CORP.; and MET FOODS RIDGEFIELD CORP. on Behalf of Themselves and a Class of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NONGSHIM CO., LTD.; NONGSHIM AMERICA, INC.; OTTOGI COMPANY, LTD.; OTTOGI AMERICA, INC.; SAM YANG FOODS COMPANY, LTD.; SAM YANG U.S.A., INC.; KOREA YAKULT COMPANY, LTD., and PALDO COMPANY, LTD.,<br><br>Defendants. | Case No: C 14-0352 SBA<br><br>**REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable William H. Orrick to consider whether it is related to <u>In Re Korean Ramen DIRECT Purchaser Antitrust Litigation</u>, No. C 13-4148 WHO.

IT IS SO ORDERED.

Dated: March 7, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge